# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Atamai Stanley, et al., | No. CV-19-04977-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| GMS Concrete Specialists Incorporated, | |
| Defendant. | |

On October 20, 2021, upon notice that this case had settled at a settlement conference held before Magistrate Judge Morrissey, this Court issued an order that this case would be dismissed with prejudice on November 3, 2021 unless a stipulation to dismiss is filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

Dated this 4th day of November, 2021.

_____
Susan R. Bolton
United States District Judge